1  ROBERT K. PHILLIPS, ESQ.
   Nevada Bar No. 11441
2  TIMOTHY D. KUHLS, ESQ.
   Nevada Bar No. 13362
3  **PHILLIPS, SPALLAS & ANGSTADT, LLC**
   504 South Ninth Street
4  Las Vegas, Nevada 89101
5  (702) 938-1510
   (702) 938-1511 (Facsimile)
6  rphillips@psalaw.net
7  tkuhls@psalaw.net

8  *Former Attorneys for Defendant Walmart Inc.*

9

10                    **UNITED STATES DISTRICT COURT**

11                           **DISTRICT OF NEVADA**

12  JASON KENNEY, individually,              Case No.: 2:21-cv-00646-JCM-EJY

13              Plaintiff,                   **MOTION TO WITHDRAW FORMER
                                             COUNSEL OF RECORD, THOSE
14       v.                                  ATTORNEYS AFFILIATED WITH
                                             PHILLIPS, SPALLAS & ANGSTADT,
15  WALMART, INC.; DOE CLEANING              LLC FROM THE ELECTRONIC
    COMPANY; DOES 1-V; and ROE               SERVICE LIST**
16  CORPORATIONS 1-V, inclusive,

17              Defendants.

18

19       COMES NOW, former counsel for WALMART, INC. ("Defendant" and/or "Walmart"), who

20  hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated

21  with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the service list on the above-

22  captioned matter.

23       Specifically, undersigned counsel requests the following names and addresses be removed from

24  the electronic service list:

25  . . .

26  . . .

27  . . .

28  . . .

- 1 -

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| tkuhls@psalaw.net | | |

| | |
|---|---|
| Matthew B. Beckstead | mbeckstead@rlattorneys.com |
| | cwilliams@rlattorneys.com |
| | sjackson@rlattorneys.com |

DATED this 11th day of April 2022.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Attorneys for Defendant Walmart Inc.*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  April 11, 2022**

- 2 -