**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASON KENNEY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMARTI, INC.; DOE CLEANING COMPANY; DOES I-V; and ROE CORPORATIONS I-V, inclusive<br><br>Defendant. | Case No. 2:21-cv-00646-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE** |

Plaintiff JASON KENNEY (hereinafter "Plaintiff") and Defendant WALMART, INC (hereinafter "Defendant" or "Walmart"), by and through their respective counsel of record, do hereby stipulate and request that the Court set this matter for settlement conference before a United States Magistrate Judge pursuant to Local Rule 16-5.

///

///

///

///

1                                                                                                              KB-27643

The parties respectfully request that the Court issue an order scheduling a settlement conference between the parties in this matter.

DATED this 1st day of July, 2022.

**ALVERSON TAYLOR & SANDERS**

*/s/ Patrice Stephenson-Johnson*
KURT R. BONDS, ESQ.
PATRICE STEPHENSON-JOHNSON, ESQ.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
*Attorneys for Plaintiffs*

DATED this 1st day of July, 2022.

**DIMOPOULOS LAW FIRM**

/s/ Garnet E. Beal
GARNET E. BEAL, ESQ.
6671 S. Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Defendant*

~~**CERTIFICATE OF SERVICE**~~

~~Pursuant to FRCP Rule 5, I hereby certify that I am an employee of the law firm ALVERSON, TAYLOR & SANDERS, and that on this 13th day of July, 2022, I electronically served a copy of **STIPULATION AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE.**~~

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Court will issue a separate order scheduling the settlement conference

DATED: July 13, 2022

_____
UNITED STATES MAGISTRATE JUDGE

KB-27643