**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar #12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Walmart, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON KENNEY, individually,

   Plaintiff,

vs.

WALMART, INC., DOE CLEANING COMPANY; DOES I-V; and ROE CORPORATIONS I-V, inclusive,

   Defendants.

CASE NO.: 2:21-cv-00646-JCM-EJY

**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE**

COME NOW Plaintiff, JASON KENNEY ("Plaintiff") by and through her counsel of record, the law firm of Dimopoulos Injury Law, and Defendant, WALMART, INC. ("Defendant") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action.

///

///

///

///

1

KB-27643

The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 13 day of DECEMBER, 2022.          DATED this 13th day of Dec., 2022.

**DIMOPOULOS INJURY LAW**                      **ALVERSON TAYLOR & SANDERS**

STEVE DIMOPOULOS, ESQ.                         KURT R. BONDS, ESQ/
GARNET E. BEAL, ESQ.                           PATRICE STEPHENSON-JOHNSON
6671 South Las Vegas Boulevard, Suite 275      6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89119                        Las Vegas, Nevada 89149
*Attorneys for Plaintiff*                      *Attorneys for Defendant*

### ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is approved. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED December 15, 2022.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted by:*

ALVERSON TAYLOR & SANDERS

KURT R. BONDS, ESQ.
PATRICE STEPHENSON-JOHNSON, ESQ.
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
*Attorneys for Defendants*

KB-27643